# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5139 | **DATE** | 10/23/2008 |
| **CASE TITLE** | LYDIA ROSSI vs. ST. FRANCIS HOSPITAL | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. The United States' motion to dismiss for failure to exhaust administrative remedies is granted. The United States is dismissed without prejudice. The case is remanded to the Circuit Court of Cook County, Illinois.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|