

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
   CLERK     312-435-5670

November 10, 2008

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street, Room 801
Chicago, IL  60602

Re:   Rossi v. Saint Francis Hospital, et al.
USDC No:     08C5139
Circuit Court No:     2008 L 4265

Dear Clerk:

A certified copy of an order entered on 10/23/08 by the Honorable Suzanne B. Conlon remanding the above-entitled case back to the Circuit Court of Cook County, Illinois, Law Division is herewith transmitted to you for your files.

        Sincerely yours,

        **Michael W. Dobbins, Clerk**

        By:    /s/Thelma Murry-Sykes
                  Deputy Clerk

Enclosure(s)

Copy to attorneys of record